**\*E-FILED ON 5/9/05\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL CASAREZ, | No. C04-03658 HRL |
| Plaintiff, | **ORDER GRANTING THE PARTIES' STIPULATED REQUEST TO EXTEND DEADLINES FOR MEDIATION AND FACT DISCOVERY** |
| v. | |
| COUNTY OF SAN BENITO and SHERIFF CURTIS HILL, | |
| Defendants. | |

Before the court is the parties' stipulated request for an order (1) extending the April 4, 2005 deadline for completing mediation to June 1, 2005[1] and (2) extending the current June 6, 2005 fact discovery cutoff to June 30, 2005.

The court is not persuaded that an extension is necessitated by the parties' inability to complete certain depositions until April 1, 2005. Further, it is not clear when the outstanding medical and psychiatric records were subpoenaed.

Nonetheless, it seems that the parties have made efforts to move this case forward; and it does not appear that the requested extensions will affect other deadlines set by this court's January 4, 2005 Case Management Order. Accordingly, the deadline for completing mediation and the mediator's

---

[1] It seems that the parties should have filed this request before the mediation deadline lapsed.

jurisdiction to mediate this matter is extended to **June 1, 2005**. The fact discovery cutoff is extended through **June 30, 2005**.

The parties are advised that the fact that this extension has been granted will not be considered good cause for future requests (if any) to extend case management deadlines.

IT IS SO ORDERED.

Dated:  May 9, 2005

                                          /s/ Howard R. Lloyd
                                          HOWARD R. LLOYD
                                          UNITED STATES MAGISTRATE JUDGE

1  5:04-cv-3658 Notice will be electronically mailed to:

2  Michael Edward Adams    equitist@earthlink.net

3  Michael C. Serverian    mserverian@rllss.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.