1  MICHAEL C. SERVERIAN (SBN 133203)
   **RANKIN, LANDSNESS, LAHDE,**
2    **SERVERIAN & STOCK**
   96 No. Third Street, Suite 500
3  San Jose, California  95112
   (408) 293-0463
4
   Attorneys for Defendants
5  COUNTY OF SAN BENITO and SHERIFF
   CURTIS HILL
6

RECEIVED

JUN 13 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

FILED

JUN 14 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

7
8        IN THE UNITED STATES DISTRICT COURT
9        NORTHERN DISTRICT OF CALIFORNIA
10

11  PAUL CASAREZ,                          )  Case No. C04-03658 HRL
                                           )
12          Plaintiffs,                    )  **STIPULATION AND ORDER PERMITTING**
                                           )  **MEDICAL EXAMINATION UNDER FRCP 35**
13  vs.                                    )
                                           )
14  COUNTY OF SAN BENITO AND               )  **Magistrate Judge Howard R. Lloyd**
    SHERIFF CURTIS HILL,                   )
15                                         )
            Defendants.                    )
16  _____ )

17      IT IS HEREBY STIPULATED by and through counsel for plaintiff and defendants that

18  plaintiff PAUL CASAREZ agrees to submit to a physical examination under Federal Rule

19  of Civil Procedure 35.  The medical examination will occur June 21, 2005 at 4:30 p.m. at

20  the office of Dr. David Burton (board certified orthopedist) at 123 DiSalvo, Suite C, San

21  Jose, California.

22      Defendant agrees to limit the scope of the examination to whatever conditions

23  plaintiff has put in controversy in this action.

24      The parties also agree to stipulate that the "good cause" requirement is shown in that

25  the plaintiff has placed his physical condition in controversy and is claiming continuing and

26  ///

27  ///

28  ///

   ///

STIPULATION AND ORDER PERMITTING MEDICAL EXAMINATION UNDER FRCP 35

1  ongoing physical injuries as a result of the acts of the defendants giving rise to this

2  lawsuit.

3  Dated: May 17, 2005                    LAW OFFICES OF MICHAEL E. ADAMS

4

5                                          By: _____

6                                             MICHAEL E. ADAMS
                                              Attorney for Plaintiff
7

8  Dated: May 17, 2005                    RANKIN, LANDSNESS, LAHDE,
                                          SERVERIAN & STOCK
9

10

11                                         By: _____
                                              MICHAEL C. SERVERIAN
12                                            Attorneys for Defendants

13                                    **ORDER**

14         GOOD CAUSE APPEARING, IT IS ORDERED that plaintiff Paul Casarez submit to

15  FRCP 35 physical examination on June 21, 2005 with Dr. David Burton at 123 DiSalvo,

16  Suite C, San Jose, California.  Dr. Burton is a board certified orthopedist.

17         IT IS FURTHER ORDERED that Dr. Burton may ask the plaintiff such questions as

18  are necessary to reach an opinion about the person's medical condition and the cause of

19  the alleged injury.

20         The rules of FRCP 35 will apply to this examination.

21

22

23  DATED: _____            _____

24                                     MAGISTRATE JUDGE HOWARD R. LLOYD

25

26

27

28