**\*E-FILED ON 6/29/05\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL CASAREZ, | No. C04-03658 HRL |
| Plaintiff, | **ORDER GRANTING THE PARTIES' STIPULATED REQUEST TO EXTEND DEADLINES FOR FACT AND EXPERT DISCOVERY** |
| v. | |
| COUNTY OF SAN BENITO and SHERIFF CURTIS HILL, | |
| Defendants. | |

The parties have filed a stipulated request for an order extending the June 30, 2005 fact discovery cutoff as well as the expert disclosure and discovery deadlines set in this court's January 4, 2005 Case Management Order. IT IS ORDERED THAT the request is granted, and the fact discovery cutoff and expert disclosure and discovery deadlines are extended as follows:

Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 29, 2005

Designation of Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 5, 2005

Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . August 26, 2005

Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . September 20, 2005

All other dates in the court's January 4, 2005 Case Management Order shall remain unchanged. The parties are reminded that they shall comply with the undersigned's Standing Order re:

Pretrial Preparation with regard to the timing and content of the Joint Pretrial Statement, and other pretrial submissions.[1]

IT IS SO ORDERED.

Dated: June 29, 2005

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Parties may obtain copies of all of Judge Lloyd's standing orders from the clerk of the court, or from Judge Lloyd's page on the court's website (www.cand.uscourts.gov).

1   5:04-cv-3658 Notice will be electronically mailed to:

2   Michael Edward Adams     equitist@earthlink.net

3   Michael C. Serverian     mserverian@rllss.com

4   Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.