MICHAEL E. ADAMS (SBN: 47278)
LAW OFFICES OF MICHAEL E. ADAMS
702 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 599-9463
Fax:         (650) 599-9785

**\*ORDER E-FILED ON 8/24/05\***

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CASAREZ,<br><br>            Plaintiff,<br><br>   vs.<br><br>COUNTY OF SAN BENITO and<br>SHERIFF CURTIS HILL,<br><br>            Defendants.<br>_____ | Case No.  CV 04-03658 HRL<br><br>**STIPULATION TO DISMISS CERTAIN CLAIMS WITH PREJUDICE, WITHDRAW SUMMARY JUDGMENT MOTION AS TO SAID CLAIMS, AND FILE FIRST AMENDED COMPLAINT; ORDER** |

   The parties hereto, by and through their undersigned attorneys of record, hereby stipulate, subject to approval by this court, to the following:

   1. Dismissal with prejudice of the First Claim (42 U.S.C. §1983) and the Third Claim (Unruh Act) of Plaintiff's complaint, which are the subject of Defendants' pending motion for summary judgment.  Each party shall bear his/its own fees and costs relating to said Claims.  Accordingly, Defendants hereby withdraw the motion for summary judgment.  Said dismissal is without prejudice to the Claims asserted in the attached First Amended Complaint.

   2. Filing of the attached proposed First Amended Complaint which deletes the above two Claims, amends the Second Claim (Americans with Disabilities Act) to seek compensatory damages as well as injunctive relief under Title II, and adds a state claim

**LAW OFFICES OF**
**MICHAEL E. ADAMS**
**702 MARSHALL ST.,#300**
**REDWOOD CITY CA 94063**
**(650) 599-9463**

1

Stipulation to Dismiss Certain Claims with Prejudice, Withdraw Summary Judgment Motion as to said Claims, and File First Amended Complaint

for dangerous condition of public property (Government Code §830 et. seq.).  Defendants shall file a responsive pleading within seven days after issuance of the order approving this stipulation.

DATED: August 23, 2005                    DATED: August 23, 2005

*/s/ Michael E. Adams*                        */s/ Michael C. Serverian*
_____      _____
MICHAEL E. ADAMS                       MICHAEL C. SERVERIAN
Attorney for Plaintiff                        Attorney for Defendants
PAUL CASAREZ                             COUNTY OF SAN BENITO and
                                                        SHERIFF CURTIS HILL

## [PROPOSED]  ORDER

The parties so stipulating and good cause appearing,

IT IS HEREBY ORDERED that the First Claim and Third Claim of Plaintiff's complaint are dismissed with prejudice, and Defendants' motion for summary judgment on said Claims is hereby taken off calendar.

IT IS FURTHER ORDERED that the proposed First Amended Complaint shall be filed forthwith, and that Defendants shall have seven days from the date of this order to file a responsive pleading.

DATED: August 24, 2005

　　　　　　　　　　　　　　　　　　　　　　/s/ Howard R. Lloyd
　　　　　　　　　　　　　　　　　　　　　HONORABLE HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT MAGISTRATE

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST.,#300
REDWOOD CITY CA 94063
(650) 599-9463

2

Stipulation to Dismiss Certain Claims with Prejudice, Withdraw Summary Judgment Motion as to said Claims, and File First Amended Complaint