**\*E-FILED ON 9/26/05\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL CASAREZ, | No. C04-03658 HRL |
| Plaintiff, | **AMENDED ORDER RE CONTINUANCE OF TRIAL** |
| v. | |
| COUNTY OF SAN BENITO and SHERIFF CURTIS HILL, | |
| Defendants. | |

The start of trial of this matter has been continued to February 20, 2006. It has come to the court's attention that February 20, 2006 is a holiday. Accordingly, the September 20, 2005 "Stipulation and Order Regarding Continuance of Trial" is amended as follows:

Trial in this matter shall be continued until February 21, 2006.

IT IS SO ORDERED.

Dated: September 26, 2005

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:04-cv-3658 Notice will be electronically mailed to:

2  Michael Edward Adams    equitist@earthlink.net

3  Michael C. Serverian    mserverian@rllss.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.