MICHAEL E. ADAMS (SBN: 47278)
LAW OFFICES OF MICHAEL E. ADAMS
702 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 599-9463
Fax:           (650) 599-9785

Attorney for Plaintiff

**\*ORDER E-FILED ON 10/12/05\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CASAREZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>COUNTY OF SAN BENITO and<br>SHERIFF CURTIS HILL,<br><br>            Defendants.<br>_____ | Case No.  CV 04-03658 HRL<br><br>**STIPULATED MOTION TO<br>CHANGE TRIAL DATE;<br>SUPPORTING DECLARATION;<br>ORDER** |

The parties hereto, by and through their undersigned attorneys of record, hereby bring this stipulated motion to advance the trial date herein from February 21, 2005 to February 6, 2005, or continue it to February 27, 2005 or March 6, 2005 or March 13, 2005 or to the next available date convenient to the court and the parties.  This motion is based on the declaration hereinbelow.

DATED: October 7, 2005              DATED: October 7, 2005

*/s/ Michael E. Adams*                     */s/ Michael C. Serverian*
_____     _____
MICHAEL E. ADAMS                   MICHAEL C. SERVERIAN
Attorney for Plaintiff             Attorney for Defendants
PAUL CASAREZ                       COUNTY OF SAN BENITO and
                                   SHERIFF CURTIS HILL

**LAW OFFICES OF**
**MICHAEL E. ADAMS**
**702 MARSHALL ST.,#300**
**REDWOOD CITY CA 94063**
**(650) 599-9463**

1

Stipulated Motion to Change Trial Date; Supporting Declaration; Order

# SUPPORTING DECLARATION

I, MICHAEL E. ADAMS, hereby declare:

1. I am the attorney of record herein for Plaintiff Paul Casarez.

2. On September 16, 2005, I joined in a stipulation to continue the trial to a date in or about February, 2006, and the court thereafter ordered the trial continued to February 21, 2006. However, in entering the stipulation, I forgot that my wife and I have a previously scheduled out-of-state pre-paid vacation from February 21 to February 26, 2006. My wife reminded me earlier this week of our planned vacation, and I promptly apprised Mr. Serverian of this scheduling conflict and obtained his agreement to join in this stipulated motion to further change the trial date.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 7th day of October, 2005 in Redwood City, CA.

/s/ *Michael E. Adams*
_____
MICHAEL E. ADAMS

# ORDER

Good cause appearing,

IT IS HEREBY ORDERED as follows:

1. The trial date herein shall be [X] advanced from February 21, 2006 to February 6, 2006 [ ] ~~continued from February 21, 2006 to xxxxxxxxxxxxxxxxxxxxxxx, 2006~~

2. The pretrial conference shall [ ] ~~remain as set on February 14, 2006 at 1:30 p.m.~~ [X] be reset for __**January 31**__, 2006 at __**1:30**__ o'clock __**p**__.m.

3. The last hearing date for dispositive motions shall [X] remain as set on December 6, 2005 at 10:00 a.m. [ ] ~~be reset for xxxxxxxxxxxxxxxxxxxxxxxxxx, 200x at xxxxxxxxxxxxxxxxx o'clock xxx.m.~~

DATED: October **12**, 2005

/s/ Howard R. Lloyd
_____
MAGISTRATE JUDGE HOWARD R. LLOYD

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST.,#300
REDWOOD CITY CA 94063
(650) 599-9463

2

Stipulated Motion to Change Trial Date; Supporting Declaration; Order