*E-FILED ON 1/30/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL CASAREZ, | Case No. C04-03658 HRL |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| COUNTY OF SAN BENITO and SHERIFF CURTIS HILL, | |
| Defendants. | |

This court is informed that the parties have entered a full settlement in the above-entitled action. Accordingly, the court vacates all scheduled appearances before it.

IT IS HEREBY ORDERED that this action is dismissed with prejudice. However, if any party certifies to this court, no later than **April 28, 2006**, with proof of service of a copy on the other party, that the agreed consideration for the settlement has not been delivered or that the settlement has not been consummated as agreed, the foregoing ORDER SHALL STAND VACATED and this cause shall be restored to the calendar and be set for trial.

**IT IS SO ORDERED**.

Dated: January 30, 2006

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **5:04-cv-3658 Notice will be electronically mailed to:**

2  Michael Edward Adams equitist@earthlink.net

3  Michael C. Serverian mserverian@rllss.com

4

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28