United States District Court
For the Northern District of California

*E-FILED 11/16/2007*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL CASAREZ, | Case No. C04-03658 HRL |
|     Plaintiff, | |
| v. | **ORDER SETTING ASIDE DISMISSAL** |
| COUNTY OF SAN BENITO and SHERIFF CURTIS HILL, | |
|     Defendants. | |

    This court was informed that the parties entered a full settlement in the above-entitled action. Accordingly, the case was dismissed. The parties have now submitted a proposed consent decree and request that it be entered by the court. This court will treat the request as one for relief from the dismissal under Fed.R.Civ.P. 60. Good cause appearing, the previous dismissal order is set aside. The court will concurrently enter the parties' proposed consent decree.

    IT IS SO ORDERED.

Dated:   November 16, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1  **5:04-cv-3658 Notice will be electronically mailed to:**

2  Michael Edward Adams equitist@earthlink.net

3  Michael C. Serverian mserverian@rllss.com

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2