1  MICHAEL C. SERVERIAN (SBN 133203)
2  **RANKIN, LANDSNESS, LAHDE,
     SERVERIAN & STOCK**
3  96 No. Third Street, Suite 500
   San Jose, California  95112
4  (408) 293-0463

E-FILING

**FILED**

NOV 1 6 2007

5  Attorneys for Defendants
   COUNTY OF SAN BENITO and SHERIFF
6  CURTIS HILL

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  PAUL CASAREZ,                        )    Case No. C04-03658 HRL
                                         )
12              Plaintiff,               )    **CONSENT DECREE**
                                         )
13  vs.                                  )
                                         )
14  COUNTY OF SAN BENITO AND             )
    SHERIFF CURTIS HILL,                 )
15                                       )
                Defendants.              )
16  _____ )

17                    **I.  INTRODUCTION**

18      Plaintiff PAUL CASAREZ was arrested and subsequently housed at the San Benito

19  County Jail between October 4 and October 15, 2002.  He then plea bargained his

20  criminal case and began serving his criminal sentence on June 23, 2003.  After an alleged

21  fall on June 28, 2003, jail officials released Mr. Casarez so that he could get medical

22  attention.  Mr. Casarez returned to complete his sentence on September 9, 2003 and was

23  released seven days later on September 16, 2003.

24      In connection with his stays at the San Benito County Jail in 2002 and 2003, plaintiff

25  Paul Casarez sued defendants County of San Benito and Sheriff Curtis Hill alleging

26  violations of his civil rights under 42 USC section 1983 (Eighth Amendment deliberate

27  indifference), an ADA violation arising out of the disabled person's shower and claims

28  under Civil Code section 51 under the Unruh Act alleging discrimination on the basis of his

1  disability.  During the course of the litigation, plaintiff dismissed his federal civil rights

2  claims and pendant state Civil Code section 51 claim.  Plaintiff amended his ADA Title II

3  claim to request compensatory damages.

4      On January 25, 2006 a Settlement Conference was held before Magistrate Patricia

5  V. Trumbull.  At that time, the parties entered into a settlement.  This Consent Decree is a

6  result of those discussions.

7      NOW, THEREFORE, THE PARTIES TO THIS CONSENT DECREE AGREE AND

8  THE COURT HEREBY FINDS, ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:

9                                 **JURISDICTION**

10      The court has jurisdiction over the parties hereto and the claims asserted in plaintiff's

11  complaints on file with the court.

12                                    **VENUE**

13      Venue is proper in this judicial district.

14      The court shall retain jurisdiction over the parties and the subject matter of this

15  litigation in order to implement the terms and provisions of this Consent Decree.

16                                **PARTIES BOUND**

17      The obligations of this Consent Decree apply to and are binding upon plaintiff and

18  defendants, including, but not limited, to, their constituent entities, current or future officers

19  or board members, agents, and employee representatives.

20      Each of the authorized representatives of plaintiff and defendants certify that he or

21  she is fully authorized by the party to enter into this Consent Decree, including all of the

22  terms and conditions, to legally execute and bind the parties to this Consent Decree, and

23  to execute this Consent Decree on behalf of the parties.

24                    **EFFECTIVE DATE OF CONSENT DECREE**

25      This Consent Decree shall be deemed effective as of this date on which it is entered

26  by the court.

27            **DISABLED PERSON'S SHOWER AT SAN BENITO COUNTY JAIL**

28      Defendants agree to bring the disabled person's shower at the San Benito County

Jail into ADA compliance at the time it was constructed and as follows:

1.    Defendant to install non-skid strips on the surface of the floor of the shower to improve its coefficient of friction;

2.    Defendant to replace the shower seat so that it is ADA compliant;

3.    Defendant to replace all grab bars so it is ADA compliant;

4.    Defendant to replace the shower head with a hand held shower head which is to be offered to all disabled persons.

Further, defendants are to provide interactive training to all correctional officers on staff on how to better communicate with disabled persons and address their particular needs. Interactive training to be provided every three years to all correctional officers and staff. New hires to be given an immediate in-house training session.

## NOTICES AND/OR COMMUNICATION

Any notice or communication between plaintiff and defendants arising out of or related to matters addressed in this Consent Decree shall be given or communicated to all parties to this Consent Decree by addressing the notice or communication as follows:

For plaintiff: Michael E. Adams, Esq., Law Offices of Michael E. Adams, 702 Marshall Street, Suite 300, Redwood City, CA 94063; telephone number (650) 599-9463.

For defendants: County of San Benito, Office of the County Counsel, 481 Fourth Street, 2nd Floor, Hollister, CA 95023; telephone number: (831) 636-4040.

**THE UNDERSIGNED PARTIES ENTER INTO THIS CONSENT DECREE AND SUBMIT IT TO THE COURT FOR ITS APPROVAL.**

Dated: 8-15-07

_____
Michael E. Adams, Esq.
Attorney for Plaintiff

Dated: 08/29/07

_____
Sheriff Curtis Hill - Defendant

RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK

Dated: 8/20/07

_____
Michael C. Serverian
Attorney for Defendants

1

2   Dated: _____11/16/07_____                    _____

3                                                     HOWARD R. LLOYD - MAGISTRATE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28